# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 02 C 7020 | DATE | 2/7/2003 |
| CASE TITLE | Kenneth Kovacs vs. Jaes Jim etc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due ___ ___.

(3) ☐ Answer brief to motion due___ ___. Reply to answer brief due___ ___.

(4) ☐ Ruling/Hearing on ___ ___ set for ___ ___ at ___.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ___ set for ___ at ___.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ___ ___ set for ___ ___ at ___.

(7) ☐ Trial[set for/re-set for] on ___ at ___.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ___ at ___.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. For those reasons, we choose to treat plaintiff's response brief as a motion to transfer to the Western District of Michigan and thus grant the motion.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | FEB 10 2003 | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | | |
| ✓ | Mail AO 450 form. | docketing deputy initials | 8 |
| | Copy to judge/magistrate judge. | | |
| WAH | courtroom deputy's initials | date mailed notice | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KENNETH KOVACS, )
)
        Plaintiff, )
)
vs. ) No. 02 C 7020
)
JAES JIM, a/k/a JIM JIM and JJIM, )
)
        Defendants. )

## MEMORANDUM OPINION AND ORDER

Plaintiff Kenneth Kovacs brought this action alleging defamation arising from a series of communications posted on the internet by defendant Jim. Defendant filed a motion for appointment of counsel along with an application to proceed *in forma pauperis*, which we chose to treat as a motion to dismiss for lack of personal jurisdiction. We believed that the internet transactions did not give rise to personal jurisdiction over Jim and allowed the plaintiff a chance to respond. In response, plaintiff filed a brief in which he expressed disagreement with our introductory analysis of the jurisdictional question and asked to transfer the case to the United States District Court for the Western District of Michigan. It seems clear that the Michigan court will have personal jurisdiction over Jim and, as we indicated in our order of November 8, 2002, it would be a more appropriate forum for this dispute. In his initial petition, defendant indicated that Michigan would be the appropriate place for this suit.

For those reasons, we choose to treat plaintiff's response brief as a motion to transfer to the Western District of Michigan and thus grant the motion.

                                           JAMES B. MORAN
                                           Senior Judge, U. S. District Court


Feb. 7, 2003.

